IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Soraya Barker, individually and on behalf of similarly situated persons, | Case No. 1:18-cv-02725 |
| Plaintiffs, | Michael L. Brown<br>United States District Judge |
| v. | |
| WBY, Inc., et al., | |
| Defendants. | |
| _____/ | |

## ORDER

At the June 8, 2020, videoconference with the parties, the Court ordered Defendants to immediately produce the list described in the Court's February 18, 2020, order (Dkt. 66). (Dkt. 99.) The Court ordered Defendants to provide a status report regarding this production by the end of the week, which was Friday, June 12, 2020. (*Id.*) Defendants have not provided the Court with any status report nor requested additional time to do so.

Accordingly, the Court **ORDERS** Defendants WBY, Inc., Steven Youngelson, and Surrey White to file, by the end of the day tomorrow

Case 1:18-cv-02725-MLB   Document 100   Filed 06/15/20   Page 2 of 2

(Tuesday, June 16, 2020), a status report regarding the production of the list described in the Court's February 18, 2020, order (Dkt. 66).

**SO ORDERED** this 15th day of June, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE